ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 2:39 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 2:39:28 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

Cecile E. Young, in her official capacity as Executive Commissioner of Texas Health & Human Services Commission, Molina Healthcare of Texas, Inc.; and Aetna Better Health of Texas, Inc.

*Appellant,*

v.

Cook Children's Health Plan, Texas Children's Health Plan, Superior HealthPlan, Inc., and Wellpoint Insurance Company,

*Appellees.*

Appeal from 455th Judicial District Court, Travis County, Texas,
Trial Court Cause No. D-1-GN-24-003839,
Hon. Laurie Eiserloh, Presiding

**MOTION IN SUPPORT OF MARC J. KESSLER'S
UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE
AS COUNSEL FOR AETNA BETTER HEALTH OF TEXAS INC.**

TAFT STETTINIUS & HOLLISTER LLP
Marc J. Kessler
Ohio Bar No. 0059236
(Pro Hac Motion Pending)
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
(614) 220-0237

EWELL, BROWN, BLANKE & KNIGHT LLP
Joseph R. Knight
Texas Bar No. 11601275
111 Congress Ave., Suite 2800
Austin, Texas 78701
(512) 770-4010

**ATTORNEYS FOR APPELLANT AETNA BETTER HEALTH OF TEXAS, INC.**

Under Texas Government Code section 82.0361 and Rule 19 of the Rules Governing Admission to the Bar of Texas, Joseph R. Knight moves the Court for an order admitting Marc J. Kessler to act as counsel pro hac vice in the above-captioned matter for Appellant Aetna Better Health of Texas, Inc. Joseph R. Knight is co-counsel with Mr. Kessler in this matter, finds him to be a reputable attorney, and recommends that he be granted permission to participate in this proceeding before the Court.

Respectfully submitted,

EWELL, BROWN, BLANKE & KNIGHT LLP
/s/ *Joseph R. Knight*
Joseph R. Knight
State Bar No. 11601275
111 Congress Avenue, 28th Floor
Austin, Texas 78701
512.770.4010
877.851.6384 (fax)
jknight@ebbklaw.com

*Attorneys for Aetna Better Health of Texas, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document has been served on all counsel of record on July 14, 2024, via the Court's electronic filing service.

/s/ *Joseph R. Knight*
Joseph R. Knight

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103101120
Filing Code Description: Motion
Filing Description: Motion in support of Unopposed Motion to Appear Pro Hac Vice
Status as of 7/14/2025 2:52 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 7/14/2025 2:39:28 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 7/14/2025 2:39:28 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 7/14/2025 2:39:28 PM | SENT |
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 7/14/2025 2:39:28 PM | SENT |
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 7/14/2025 2:39:28 PM | SENT |
| Robert Johnson | 10786400 | rjohnson@foley.com | 7/14/2025 2:39:28 PM | SENT |
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 7/14/2025 2:39:28 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 7/14/2025 2:39:28 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 7/14/2025 2:39:28 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 7/14/2025 2:39:28 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 7/14/2025 2:39:28 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 7/14/2025 2:39:28 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 7/14/2025 2:39:28 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 7/14/2025 2:39:28 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 7/14/2025 2:39:28 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 7/14/2025 2:39:28 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 7/14/2025 2:39:28 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 7/14/2025 2:39:28 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 7/14/2025 2:39:28 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 7/14/2025 2:39:28 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/14/2025 2:39:28 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 7/14/2025 2:39:28 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103101120
Filing Code Description: Motion
Filing Description: Motion in support of Unopposed Motion to Appear Pro Hac Vice
Status as of 7/14/2025 2:52 PM CST

Case Contacts

| Kristin Hernandez | | kristin.hernandez@foley.com | 7/14/2025 2:39:28 PM | SENT |
|---|---|---|---|---|
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 7/14/2025 2:39:28 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 7/14/2025 2:39:28 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 7/14/2025 2:39:28 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 7/14/2025 2:39:28 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 7/14/2025 2:39:28 PM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 7/14/2025 2:39:28 PM | SENT |
| David Johns | | david@cobbjohns.com | 7/14/2025 2:39:28 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 7/14/2025 2:39:28 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 7/14/2025 2:39:28 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 7/14/2025 2:39:28 PM | ERROR |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 7/14/2025 2:39:28 PM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 7/14/2025 2:39:28 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 7/14/2025 2:39:28 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 7/14/2025 2:39:28 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 7/14/2025 2:39:28 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 7/14/2025 2:39:28 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 7/14/2025 2:39:28 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 7/14/2025 2:39:28 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 7/14/2025 2:39:28 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 7/14/2025 2:39:28 PM | SENT |